ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNHARD KUHMSTEDT, an individual,

Plaintiff,

v.

LOOKSTYLER INC., a New York
corporation d/b/a "LOOKSTYLER.COM";
and DOES 1-10,

Defendants.

23 Civ. 0887 (LLS)

ORDER

There having been no action in this case for more than two years, it is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. See also Martens v. Thomann, 273 F.3d 159, 179 (2d Cir. 2001) ("A district court also has the power to dismiss for failure to prosecute sua sponte.").

So Ordered.

Dated:  New York, New York
        March 25, 2026

_____
Louis L. Stanton
LOUIS L. STANTON
U.S.D.J.